# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-11812-JKF

STEVEN P TETI
LISA M TETI
313 MARLBOROUGH ROAD

KENNETT SQUARE, PA 19348

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    STEVEN P TETI
    LISA M TETI
    313 MARLBOROUGH ROAD

    KENNETT SQUARE, PA 19348

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F. CLAFFY
    JOSEPH F CLAFFY & ASSOCIATES
    26 S CHURCH ST
    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 9/6/2016

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee