## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN P TETI  
LISA M TETI

Chapter 13

Debtor     Bankruptcy No. 16-11812-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___15th___ day of ___September___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

Jean K. FitzSimon  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOSEPH F. CLAFFY  
JOSEPH F CLAFFY & ASSOCIATES  
26 S CHURCH ST  
WEST CHESTER, PA 19382-

Debtor:  
STEVEN P TETI  
LISA M TETI  
313 Marlborough Road

Kennett Square, PA 19348