```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                         Case No. 16-11812-jkf
Steven P Teti                                                  Chapter 13
Lisa M Teti
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 2          Date Rcvd: Sep 15, 2016
                             Form ID: pdf900           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db/jdb         +Steven P Teti,    Lisa M Teti,    313 Marlborough Road,    Kennett Square, PA 19348-1344
13691919       +American Express,     P.O. Box 981537,    El Paso, TX 79998-1537
13764462        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13691921       +Bryn Mawr Hospital,     P.O. Box 784950,    Philadelphia, PA 19178-4950
13724199        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13691923       +Center for Neuroscience,    1088 West Baltimore Pike,    Suite 2205,    Media, PA 19063-5136
13691924        Chase,    POB 15298,    Wilmington, DE 19850-5298
13691925       +Crozer Chester Hospital,    One Medical Center Drive,    Chester, PA 19013-3995
13773688       +Ditech Financial LLC,    7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13691927        Duquesne UC Service Center,    14 N Linden St,    Duquesne, PA 15110-1067
13691928       +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13746117       +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                 651 Boas Street, 10th Floor,    Harrisburg,    PA 17121-0751
13691931       +Police and Fire FCU,    901 Arch St,    Philadelphia, PA 19107-2495
13691932       +Riddle Memorial Hospital,    1068 West Baltimore Pike,    Media, PA 19063-5177
13691933       +Sears/ CBNA,    PO BOX 6282,    Sioux Falls, SD 57117-6282
13691934       +SunTrust,    1001 Semmes Ave,    Richmond, VA 23224-2245
13697774       +SunTrust Bank,    Attn: Support Services,    PO Box 85092,    Richmond, VA 23285-5092
13691922       +capital one,    PO Box 30281,    Salt Lake City, UT 84130-0281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:05:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2016 02:04:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2016 02:04:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13691920        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 16 2016 01:58:29     BMW Financial,
                 5515 Parkcenter Circle,    Dublin, OH 43017
13699912        E-mail/Text: mrdiscen@discover.com Sep 16 2016 02:04:07     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13691926       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 16 2016 02:04:11     Diteck Finanacial,
                 345 St Peter St,    Saint Paul, MN 55102-1211
13691929        E-mail/Text: data_processing@fin-rec.com Sep 16 2016 02:04:12
                 Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
13691930        E-mail/Text: camanagement@mtb.com Sep 16 2016 02:04:12     M&T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14221-7748
13704434        E-mail/Text: camanagement@mtb.com Sep 16 2016 02:04:12     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13777150        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2016 01:59:16
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: DonnaR                  Page 2 of 2                   Date Rcvd: Sep 15, 2016
                               Form ID: pdf900               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSEPH F. CLAFFY    on behalf of Debtor Steven P Teti claffylaw@gmail.com,   claffylaw@aol.com
              JOSEPH F. CLAFFY    on behalf of Joint Debtor Lisa M Teti claffylaw@gmail.com,   claffylaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN P TETI  
LISA M TETI

Chapter 13

Debtor

Bankruptcy No. 16-11812-JKF

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

AND NOW, this __15th__ day of __September__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____  
Jean K. FitzSimon  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOSEPH F. CLAFFY  
JOSEPH F CLAFFY & ASSOCIATES  
26 S CHURCH ST  
WEST CHESTER, PA 19382-

Debtor:  
STEVEN P TETI  
LISA M TETI  
313 Marlborough Road

Kennett Square, PA 19348